Irving H. GARRETT, Appellant, v. STATE.

No. 13811.

Court of Criminal Appeals of Texas.

Oct. 15, 1930.

O'Brien Stevens, Crim. Dist. Atty., of Houston, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Theft of an automobile is the offense; penalty, confinement in the penitentiary for a period of two years.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.

T. N. GILES, Appellant, v. STATE.

No. 13860.

Court of Criminal Appeals of Texas.

Oct. 22, 1930.

M. E. Gates, of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for manufacturing intoxicating liquor; punishment, one year in the penitentiary.

We find in this record an affidavit in proper form made by appellant, asking that his appeal be dismissed. The request is granted, and the appeal is dismissed.

HAWKINS, J., absent.

Carl GOODSPEED, Appellant, v. STATE.

No. 13978.

Court of Criminal Appeals of Texas.

Oct. 15, 1930.

See, also, 25 S.W.(2d) 858.

Donald, Derden & Donald, of Bowie, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is murder; penalty, confinement in the penitentiary for a period of five years.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.

Louis GUITERREZ, Appellant, v. STATE.

No. 13732.

Court of Criminal Appeals of Texas.

Oct. 15, 1930.

Petsch & Petsch, of Kerrville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for transporting intoxicating liquor; punishment, one year in the penitentiary.

It is made known to this court by affidavit in proper form that, pending appeal of this case, appellant escaped from custody, and that he was not recaptured, nor did he voluntarily return within the ten-day period fixed by the statute. It thus becomes the duty of this court to dismiss the appeal, which is accordingly done.

Helen KINCHEON, Appellant, v. STATE.

No. 13827.

Court of Criminal Appeals of Texas.

Oct. 22, 1930.

H. H. Jones and W. R. Smith, Jr., both of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for robbery; punishment, five years in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment, the charge of the court, the judgment, and sentence are regular.

No error appearing, the judgment will be affirmed.

HAWKINS, J., absent.